No. 99–226. YOUNG *v.* GREGOIRE, ATTORNEY GENERAL OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 99–227. BROOKS *v.* BODWELL ET AL. Super. Ct. N. H., Hillsborough County. Certiorari denied.

No. 99–231. LLAMPALLAS *v.* MINI-CIRCUITS LAB., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–233. DESHAY ET VIR, INDIVIDUALLY AND AS NEXT FRIENDS OF THEIR SON, DESHAY *v.* BASTROP INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–235. DEMASSE ET AL. *v.* ITT CORP., DBA ITT CANNON. C. A. 9th Cir. Certiorari denied.

No. 99–236. SLOOP *v.* ABTCO, INC. C. A. 4th Cir. Certiorari denied.

No. 99–237. CHIROPRACTIC AMERICA *v.* LAVECCHIA, COMMISSIONER, DEPARTMENT OF BANKING AND INSURANCE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–239. PARRETT *v.* MIZE. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 99–241. CHEN-LI PANG *v.* ALLSTATE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 99–242. TAYLOR COMMUNICATIONS GROUP, INC. *v.* SOUTHWESTERN BELL TELEPHONE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–245. JACKSON *v.* TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 99–247. FREEDMAN *v.* MCCANDLESS. Super. Ct. Pa. Certiorari denied.

No. 99–249. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA *v.* UNIBELL ANESTHESIA, P. C. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.